IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GLORIA PAUL, et al., | * | CASE NO.: 3:17-cv-1415 |
| Plaintiffs, | * | JUDGE Helmick |
| -vs- | * | **CONSENT JUDGMENT ENTRY** |
| 4477 MONROE STREET, LLC d/b/a Chuck's on Monroe, et al. | * | |
| Defendants. | * | |

**Whereas,** Gloria Paul and Stephanie Becker (hereinafter collectively referred to as "Plaintiffs") commenced the above captioned action against Defendants 4477 Monroe Street, LLC d/b/a Chuck's on Monroe and Walter Smarszcz (hereinafter referred to as "Defendants") on or about July 6, 2017. Now come the Parties, by and through their respective counsel who have authority to enter into this Consent Judgment Entry, hereby stipulate and agree as follows:

1. Judgment against Defendants and in Plaintiff Gloria Paul's favor in the amount of $16,860.00, as payment of wages and liquidated damages;

2. Judgment against Defendants and in Plaintiff Stephanie Becker's favor in the amount of $10,380.00, as payment of wages and liquidated damages;

3. Judgment against Defendants and awarded to Widman & Franklin, LLC as attorney

fees and costs in the amount of $4,629.44; and

4. Interest at the legal rate.

**for a total of $31,869.44.**

Should any party be found in violation of this Consent Judgment Entry, then that party shall be responsible for all reasonable attorney fees and expenses incurred by the nonbreaching party in litigating said breach and enforcing this Consent Judgment Entry.

IT IS SO STIPULATED AND AGREED:

Dated: 12/11/17

WIDMAN & FRANKLIN, LLC

Kera L. Paoff (0082674)
405 Madison Ave., Suite 1550
Toledo, Ohio 43604
Ph.: (419) 243-9005
Fax: (419) 243-9404
Attorney for Plaintiffs

JONES & SOLOMON

Joseph J. Solomon (0021527)
Two Maritime Plaza, Third Floor
Toledo, Ohio 43604
Ph: (419) 246-2022
Fax: (419) 243-8953
Attorney for Defendants

**NOW, THEREFORE, IT IS HERBY ORDERED THAT:** Judgment shall be entered against Defendants and in Plaintiffs' favor as outlined above.

**IT IS SO ORDERED**

Date: _____

Judge Helmick